198

KATHERINE E. WHALEN, RESPONDENT, v. PENSION COM-
MISSION OF THE POLICE AND FIREMEN'S DEPART-
MENT OF ATLANTIC CITY, APPELLANT.

Argued February 4, 1930—Decided May 19, 1930.

For the respondent, *Isadore Sacks.*

For the appellant, *Harcourt & Steelman.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BLACK, CAMPBELL, BODINE, VAN BUSKIRK, McGLEN-
NON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.